In The District Court of Lee County, and The Court of Criminal Appeals of Alabama and/or United States District Court et.al.

| | |
|---|---|
| Joe H. Bandy Jr., pro se Plaintiff | Habeas Corpus |
| Vs. | Motion to Dismiss and motion to Amend, under Extraordinary Circumstan(ces) (Slavery in guise of Law and Order -- War on Cri(me)) |
| The State of Alabama Defendant(s) | |

FILED DEC 20 1995 IN OFFICE CORINNE T. HURST CIRCUIT CLERK

To:
Honorable Corinne T. Hurst, Clerk, Circuit Co(urt) of Lee County, The Clerk of the Court of C(ri)minal Appeals of Alabama, and The United Sta(tes) District Court (Clerk's Office) Washington D.C.

Now, Plaintiff, Joe H. Bandy Jr. (defendant DC 9300%/2 who is a black man, stands charged with three (3) violations, in warrants recently received (as exhibits show).

① Plaintiff has been declared an indigent a(nd) is currently representing himself. He is a layman law non-versed in the sciences of Law, is denied reasonable access to the courts as n(ow) fully appears.

② The validity of the arrest, the war(rant) affidavits, and the case action summary is a Fa(lse)

On 3-30-95, Det. McDonough delivered the cocaine evidence in this case to the Department of Forensic Sciences for drug analysis.

On 10-20-95, Cpt. John Toney signed the warrants in this case for Unlawful Distribution of Controlled Substances against Joe BANDY and Leonard Davis. On this same date, Joe BANDY was arrested pursuant to the issued warrant at the intersection of Vero Court and Easy Street. Leonard Davis was arrested inside 207 Smith Court pursuant to the issued warrant.

On 10-21-95, Det. Brian McDonough and Det. Aris Murphy met with Joe BANDY at the Opelika Police Department. Joe BANDY was advised of his Miranda Rights and the charges against him by Det. McDonough. BANDY refused to sign the rights form stating he did not wish to sign, say, or do anything. BANDY was returned to his cell.

On 10-27-95, Joe BANDY was transported to the Lee County Jail by Cpt. John Toney pending BANDY making bond.

Subject's Statement:

"Police arrested brought me to jail, convicted me -- don't know anything else."

Case Status of Co-defendants:

Leonard Davis has a case pending in Lee County Circuit Court CC-96-105.

Location of Offense:

Opelika, AL.

Court Ordered Restitution:


RECORD OF ARREST(S)

Prior Arrest Record:

| Date | Agency | Charge | Disposition |
|---|---|---|---|
| 8-31-58 | NY PD | Disorderly Conduct-Jostling | 3 mos. |
| 1-28-61 | NY PD | Burglary-Apartment/Burglar's Tools | Disp. unknown |
| 11-21-69 | NY PD | Poss. Dangerous Drugs/Poss. of Weapon | Disp. unknown |
| 12-29-70 | City/Co. Bureau of ID-Raleigh | Poss. Heroin/Sale Heroin | 10 yrs. |
| 12-29-70 | City/Co. Bureau of ID-Raleigh | Illegal Poss. of Narcotics/Immoral Use of Hotel Room | Disp. unknown |

Exhibit No. 3

Discovery instruction - dated 1-9-96

## "Police Report"

AFTER SOME DISCUSSION, JOE BANDY STATED HE DID NOT HAVE ANYTHING TO SELL, BUT OFFERED TO WALK DOWN THE STREET AND PURCHASE A QUANTITY OF "CRACK" COCAINE FOR OFFICER KIRK. OFFICER KIRK GAVE JOE BANDY TWENTY DOLLARS IN U.S. CURRENCY TO MAKE THE PURCHASE WITH.

ON 10/21/95 DET. BRIAN MCDONOUGH AMD DET. ARIS MURPHY MET WITH JOE BANDY AT THE OPLEIKA POLICE DEPARTMENT. JOE BANDY WAS ADVISED OF HIS MIRANDA RIGHT AND THE CHARGES AGAINST HIM BY DET. MCDONOUGH. BANDY REFUSED TO SIGN THE RIGHTS FORM STATING HE DID NOT WISH TO SIGN, SAY OR DO ANYTHING. BANDY WAS RETURNED TO HIS CELL.

State of Alabama
Unified Judicial System          AFFIDAVIT CHARGING CRIME        Exh. # 4
Lee County Form CC-1

The State of Alabama,
   Lee County

   Before me, _____, Clerk of the District/Circuit Court of Lee County, Alabama, personally appeared CAPT. JOHN TONEY who being first duly sworn, deposes and says on oath, that he has probable cause for believing and does believe that: JOE BANDY, ALIAS _____, alias, did on, to-wit: 08/22/95, unlawfully sell, furnish, give away, manufacture, deliver or distribute a controlled substance, to-wit: COCAINE BASE (CRACK COCAINE) to DET. RONALD KIRK, who at that time was working as an agent of the Opelika Police Department, in violation of 13A-12-211 of the Code of Alabama.

PROBABLE CAUSE: On 08/22/95 Det Ronald Kirk was working in an undercover capacity for the Opelika Police Department. On that date, Kirk met with a suspect, later identified as the defendant, and purchased a quantity of crack cocaine from him. This sale of cocaine took place on Smith Court in Opelika, Alabama and is within three miles of a public school.

   Sworn to and subscribed before me,
this  20  day of  OCTOBER , 1995.

_____
Clerk, District/Circuit Court

**WARRANT**

The State of Alabama,
   LEE COUNTY

To any Lawful Officer of the State of Alabama, GREETING:

   You are hereby commanded to arrest JOE BANDY, ALIAS _____ and bring him/her before District/Circuit Court of Lee County, Alabama, to answer the State of Alabama on a charge of

**UNLAWFUL DISTRIBUTION OF A CONTROLLED SUBSTANCE**

said charges preferred by           CAPT. JOHN TONEY

And have you then and there this Writ with your return thereon.

   Witness my hand, this  20  day of  OCTOBER , A.D. 1995

_____
Clerk, District/Circuit Court

Exhibit #5

INDICTMENT                                                                 CC96-102.

## THE STATE OF ALABAMA, LEE COUNTY

### Circuit Court, Winter Term, 1996

The Grand Jury of said County charge that before the finding of this Indictment _____ Joe Henry Bandy, alias Joe Bandy, whose true christian name is otherwise unknown to the Grand Jury, did on or about, to-wit: August 22, 1995 (unlawfully) sell, furnish, give away, manufacture, deliver, or distribute a controlled substance, to-wit: Cocaine, to Ronald Kirk, who at that time was working as an agent of the Opelika, Alabama, Police Department, in violation of §13A-12-211 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

_____
District Attorney of the 37th Judicial Circuit

Sec. 15-8-150, Code 1975.

## V. STATEMENT OF FACTS

Ronald Eugene Kirk testified that in August 1995 he was working undercover with the Opelika Police Department, making controlled buys for Vice and Narcotics (R51). On August 22, 1995, Kirk met Appellant Bandy inside of Bandy's residence at 203 Smith Court, Opelika, Alabama (R52). Kirk testified,

> "I approached him and I asked him did he have anything that I can buy from him. He stated he didn't. He stated he can go up to the -- up the road and get some and bring it back to me. And he went it and he brought it back to me." (R53).

Kirk gave Bandy money before Bandy left his residence (R53). Kirk remained in the house until Bandy returned and handed Kirk the contraband (R53-54). Bandy asked Kirk if he could get a pinch off of the contraband and Kirk said no. Kirk gave Bandy five dollars for going to make the purchase for him (R54, R65). Shortly thereafter, Kirk left Bandy's residence (R65).

3

## STATEMENT OF THE FACTS

On August 22, 1995, Officer Ronald Kirk of the Opelika Police Department met the Appellant at his residence on 203 Smith Court in Lee County, Alabama. The policeman was working undercover and made controlled drug buys. While inside the Appellant's residence, Officer Kirk asked the Appellant whether he had any drugs that Kirk could purchase from him. The Appellant replied that he did not. However, the Appellant said that he could go up the road and get some drugs from the policeman. Officer Kirk gave the Appellant twenty dollars ($20.00) for some drugs. The Appellant took the money and left his house in order to purchase drugs for the officer.

After a short time, the Appellant returned to the residence and handed Officer Kirk the contraband. The policeman paid the Appellant five dollars ($5.00) for going to make the purchase for him. At the end of the transaction, the Appellant asked the officer if he could get a pinch of the cocaine to keep for himself. Officer Kirk said no. The entire drug transaction which transpired between the Appellant and Officer Kirk was recorded on a hidden audiotape found on the policeman. The officer identified the Appellant as the person who purchased the cocaine for him. (R. 51-56, 60-61)

2

Brian McDonough testified that on August 22, 1995 he was a detective in the Opelika Police Department in Vice and Narcotics working undercover drug buys (R62). McDonough stated that, on that date, he sent Kirk to 203 Smith Court, Bandy's residence (R63). McDonough was monitoring Kirk's conversation with Bandy via an audio transmitter. His recollection of the conversation was that he heard Kirk ask Bandy "do you have something I can get? No, but I can go up the street and get it." (R65). At that point, according to McDonough, Kirk gave Bandy $20.00 (R65).

Sherwin K. Boswell, a Forensic Scientist, with the Alabama Department of Forensic Sciences, performed an analysis of the substance handed to Kirk by Bandy and testified that it was cocaine base (C27, R69-75).

4