# UNITED STATES COURT OF APPEALS
## ELEVENTH CIRCUIT

2005 SEP 21 A 10: 26

APPLICATION FOR LEAVE TO FILE A SECOND OR
SUCCESSIVE HABEAS CORPUS PETITION
28 U.S.C. § 2244(b)
BY A PRISONER IN STATE CUSTODY

| Name | Prisoner Number |
|---|---|
| Joe Henry Bandy, Jr. | 186633 |

Place of Confinement:
Paroled

### INSTRUCTIONS—READ CAREFULLY

(1) This application must be legibly handwritten or typewritten and signed by the applicant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

(2) All questions must be answered concisely in the proper space on the form.

(3) The Judicial Conference of the United States has adopted the 8½ x 11 inch paper size for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(4) All applicants seeking leave to file a second or successive petition are required to use this form, except in capital cases. In capital cases only, the use of this form is optional.

(5) Additional pages are not permitted except with respect to additional grounds for relief and facts which you rely upon to support those grounds. Do not submit separate petitions, motions, briefs, arguments, etc., except in capital cases.

(6) In accordance with the "Antiterrorism and Effective Death Penalty Act of 1996," as codified at 28 U.S.C. § 2244(b), effective April 24, 1996, before leave to file a second or successive petition can be granted by the United States Court of Appeals, it is the applicant's burden to make a prima facie showing that he satisfies either of the two conditions stated below and in 28 U.S.C. § 2244(b).

> (b)(1) a claim presented in a second or successive habeas corpus application under [28 U.S.C.] section 2254 that was presented in a prior application shall be dismissed.
>
> (2) a claim presented in a second or successive habeas corpus application under [28 U.S.C.] section 2254 that was not presented in a prior application shall be dismissed unless—
>
>> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
>>
>> (B)(I) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
>>
>> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

(7) When this application is fully completed, the original and three copies must be mailed to:

> **Clerk of Court**
> **United States Court of Appeals for the Eleventh Circuit**
> **56 Forsyth Street, N.W.**
> **Atlanta, Georgia 30303**

## APPLICATION

1. (a) Name and location of court which entered the judgment of conviction under attack __Lee County Circuit Court, Opelika, Alabama__
   (b) Case number __CC-94-102.69__

2. Date of judgment of conviction __2-15-95__

3. Length of sentence __18 years__  Sentencing Judge __William T. Gullage__

4. Nature of offense or offenses for which you were convicted __Unlawful distribution, 13A-12-211, Ala. Code 1975, Sale, same, or purchase, 13A-12-212, Ala. Code 1975__

5. Have you ever filed a post-conviction petition, application, or motion for collateral relief in any federal court related to this conviction and sentence.
   Yes (✓)  No ( )   If "yes", how many times? _____ (if more than one, complete 6 and 7 below as necessary)
   (a) Name of court __Middle District Court__
   (b) Case number __97-D-741-E__
   (c) Nature of proceeding __Writ of Habeas Corpus__

   (d) Grounds raised (list all grounds; use extra pages if necessary) __Manufactured offense, etc., habeas corpus is dormant__

   (e) Did you receive an evidentiary hearing on your petition, application, or motion?
       Yes ( ),  No (✓)
   (f) Result __dismissed, denied, etc.__

   (g) Date of result __September 27, 1998__

6. As to any second federal petition, application, or motion, give the same information:
   (a) Name of court __U.S. District Court, middle district__
   (b) Case number __97-D-741-E__

(c) Nature of proceeding  habeas corpus

(d) Grounds raised (list all grounds; use extra pages if necessary):
Manufactured offense, etc.

(e) Did you receive an evidentiary hearing on your petition, application, or motion?
   Yes ( )   No (✓)
(f) Result  dismissed, denied, etc.
(g) Date of result  Sept. 27, 1998

7. As to any third federal petition, application, give the same information:
   (a) Name of court  N/A
   (b) Case number
   (c) Nature of proceeding

   (d) Grounds raised (list all grounds; use extra pages if necessary)

   (e) Did you receive an evidentiary hearing on your petition, application, or motion?
       Yes ( )   No ( )
   (f) Result
   (g) Date of result

8. Did you appeal the result of any action taken on your federal petition, application, or motion? (Use extra pages to reflect additional petitions if necessary)
   (1) First petition, etc.    No ( )   Yes ( ) Appeal No. _____
   (2) Second petition etc.   No ( )   Yes ( ) Appeal No. _____
   (3) Third petition, etc.   No ( )   Yes ( ) Appeal No. _____

9. If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:
N/A

10. State concisely every ground on which you now claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

A. Ground one: The State Courts decision denying Pre-trial habeas petition cannot be considered Full or Fair.

Supporting FACTS (tell your story briefly without citing cases or law): The State court simply incorrectly categorized habeas petition as successive and misconstrued nature of substantive claim, applying incorrect legal standard.

...federal petition, application, or motion?

Yes ( )   No ( )

Does this claim rely on a "new rule of law?"   Yes ( )   No (✓)
If "yes," state the new rule of law (give case name and citation).
claim rely on Art. I, sec. 9 U.S. Const. and Art I, sec. 17 Ala. Const solely

Does this claim rely on "newly discovered evidence?"   Yes (✓)   No ( )
If "yes," briefly state the newly discovered evidence, and why it was not previously available to you the State delayed habeas existence until after trial, on or about September 12, 1997.

B. Ground two: Petitioner was denied habeas corpus protection, or right to demand an investigation into the cause of his detention.

Supporting FACTS (tell your story briefly without citing cases or law): The inordinate delay in State procedure Rendered state process ineffective to protect petitioners Right. The state Court has lost its way in a procedural maze of its own creation and that it has grossly misevaluated the Requirements of law and Justice, Remain silent on substantive issue.

Was this claim raised in a prior federal petition, application, or motion?
Yes ( ) No (✗)

Does this claim rely on a "new rule of law?"   Yes ( )   No ( )
If "yes," state the new rule of law (give case name and citation): _____
_____
_____

Does this claim rely on "newly discovered evidence."   Yes (✗)   No ( )
If "yes," briefly state the newly discovered evidence, and why it was not previously available to you. The claim was discovered on or about September 12, 1997 after the magistrate Judge's order on Sept. 12, 1997, ordered the Trial Court Records. The proceeding proceded to this Court contrary to habeas corpus procedural Rules.
_____
_____

[Additional grounds may be asserted on extra pages if necessary]

11. Do you have any motion or appeal now pending in any court as to the judgment now under attack?   Yes ( )   No (X)
If yes, name of court _____ Case number _____

Wherefore, applicant prays that the United States Court of Appeals for the Eleventh Circuit grant an Order Authorizing the District Court to Consider Applicant's Second or Successive Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.

_____
Applicant's Signature

I declare under Penalty of Perjury that my answers to all the questions in this Application are true and correct.

Executed on August 1, 2005
[date]

_____
Applicant's Signature

PROOF OF SERVICE

Applicant must send a copy of this application and all attachments to the attorney general of the state in which applicant was convicted.

I certify that on August 1, 2005, I mailed a copy of this Application and all
[date]
attachments to U.S. District Court, Middle District

at the following address:
P.O. Box 711, Montgomery, Ala. 36101

_____
Applicant's Signature

---

* Pursuant to Fed.R.App.P. 25(a), "Papers filed by an inmate confined in an institution are timely filed if deposited in the institution's internal mail system on or before the last day of filing. Timely filing of papers by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date of deposit and stating that first-class postage has been prepaid."