```
ACSO370  ALABAMA  JUDICIAL  DATA
                     CASE ACTION SUMMARY
                     CIRCUIT  CRIMINAL           CASE: CC 96 000102.00

   IN THE CIRCUIT COURT OF      LEE   COUNTY            JUDGE: JTG
STATE  OF  ALABAMA          VS   BANDY JOE HENRY JR
                                 1001-A SAMFORD CT                Exh.#B
CASE: CC 96 000102.00            OPELIKA, AL  36801 0000

DOB: 06/18/34  RACE:   SEX:      HT:  0 00  WT: 000  HR:     EYE:
SSN: 419404981  ALIAS NAMES:

CHARGE1: UNLAW DISTRIB CONTRO    CODE1: UDCS LIT: UNLAW DIST COCA  TYPE: F
CHARGE2:                         CODE2:                            TYPE:
CHARGE3:                         CODE3:                            TYPE:
MORE?:   OFFENSE DATE:           AGENCY/OFFICER:

DATE  WAR/CAP ISS:               DATE ARRESTED: 10/20/95
DATE     INDICTED: 01/09/96      DATE   FILED:  01/11/96
DATE     RELEASED:               DATE HEARING:
         BOND AMOUNT:  $20,000.00           SURETIES:

DATE 1: 01/18/96 DESC: ARRG      TIME: 0900 A
DATE 2: 02/02/96 DESC: TRAL      TIME: 0900 A

DEF/ATY:  Wesley Schuessler (a)  TYPE:                            TYPE:
PROSECUTOR: MYERS, RONALD L

OTH CSE:           CHK/TICKET NO:              GRAND JURY: 006
COURT REPORTER                SID NO: 001240170
DEF STATUS: OTHER  DEMAND:                     OPID: MAF
```

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
|  | DISCOVERY ORDER  1-10-96 |
| 1-11-96 | NOTICE OF ARRAIGNMENT TO DEFENDANT AND SURETIES |
| 10-24-95 | Motion to Compel Defendant to Submit to Photographing and Fingerprinting |
| 10-24-95 | Order |
| 12-18-95 | Motion to Amend and Motion to Quash |
| 12-20-95 | Motion to Dismiss and Motion to Amend Under Extraordinary Circumstances |
| 1-3-96 | Motion for Temporary Restraining Order and Other Relief |
| 01-18-96 | Hon. Wesley Schuessler appointed as counsel. |
| 01-18-96 | This day in open court came the State of Alabama by its District Attorney and the defendant in his own proper person and with his attorney, Hon. WESLEY SCHUESSLER and the defendant being arraigned on the indictment in this case enters a plea of not guilty. This case is hereby set for docket call on the 2nd day of February, 1996 at 9:00 a.m. and set for trial on the 5th day of February, 1996 at 8:30 a.m. in Courtroom Number 3 of the Lee County Justice Center, Opelika, Alabama. Pending trial, defendant is hereby remanded to jail. Defendant is granted 5 days to file any additional pleas or motions. |
|  | FILED JAN 24 96 IN OFFICE |
| 1-18-96 | Defendant's Request for Discovery |
| 1-23-96 | STATE'S MOTION FOR DISCOVERY |
| 1-24-96 | Motion to Represent Myself |
| 1-24-96 | Motion to Allow Access to Law Library |
| 1-24-96 | Motion to Compel My Attorney to Issue Subpoenas |
| 1-24-96 | Motion to Disclose all other Individuals Charged and Arrested with the Defendant on October 20, 1996. |
| 1-24-96 | Motion to Appoint Expert |
| 1-30-96 | Motion to Suppress |

EVOL 042 PAGE 123