IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE H. BANDY, JR., #186633 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | No. 97-D-741-E |
| GWENDOLYN C. MOSLEY, et al., ) | |
| ) | |
| Respondents ) | |

## RESPONSE TO ORDER

Come now the Respondents to respond to the Order of September 12, 1997, in which the Court ordered Respondents to submit records relating to Bandy's Rule 32 proceedings. Respondents submit the following records:

   1) Petition For Writ of Habeas Corpus filed in the Circuit Court of Barbour County, Exhibit "A";

   2) Copy of Order from Circuit Judge of Barbour County transferring the petition to Lee County, Exhibit "B";

   3) Copy of Response from District Attorney of Lee County which treated the petition as a Rule 32 petition, Exhibit "C";

   4) Bandy's Response to District Attorney's motion and Motion to Amend Petition, Exhibit "D";

   5) Denial of the petition by the Circuit Court of Lee County, Exhibit "E";

     6) Copy of letter from Circuit Clerk Office of Lee County indicating that Bandy did not give notice of appeal, Exhibit "F";

     7) Case Action Summary sheet on Bandy's conviction from the Circuit Clerk of Lee County, Exhibit "G";

     8) Transcript of Bandy's trial for unlawful distribution of cocaine, Exhibit "H";

     9) Copy of Bandy's brief on appeal, Exhibit "I";

     10) Copy of State's brief on appeal, Exhibit "J";

     11) Copy of Memorandum Opinion on appeal, Exhibit "K";

     12) Bandy failed to appeal the denial of his Rule 32 petition and thus, no briefs were fined in the case, and the State appellate courts did not have the opportunity to review the denial of the petition.

                           Respectfully submitted,

                           BILL PRYOR
                           ATTORNEY GENERAL

                           _/s/ James B. Prude_
                           JAMES B. PRUDE
                           ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 1997, I served a copy of the foregoing on the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

>Joe H. Bandy, Jr.
>AIS #186633
>Easterling Correctional Facility
>P. O. Box 10
>Clio, Alabama  36017

_____
JAMES B. PRUDE
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, Alabama  36130
(205) 242-7300

8470TM/PRUDE

3