FILED

SEP 1 2 1997

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Exhibit G

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOE H. BANDY, #186633,                 )
                                        )
    Petitioner,                         )
                                        )
v.                                      )    CIVIL ACTION NO. 97-D-741-E
                                        )
GWENDOLYN MOSLEY, et al.,               )
                                        )
    Respondents.                        )

**ORDER**

In their answer filed with this court on June 19, 1997, the respondents argued that

the petition for habeas corpus relief should be dismissed because the petitioner had failed

to exhaust state remedies. Upon review of the respondents' answer, the court entered an

order on June 27, 1997, affording the petitioner an opportunity to file a response showing

why his petition should not be dismissed for failure to exhaust state remedies. Upon

review of the petitioner's response and the file in this case, the court notes that the

respondents failed to file anything from the state court showing that a Rule 32 petition is

presently pending in state court. Accordingly, it is

ORDERED that on or before September 25, 1997, the respondents shall file with

this court the state court appellate decisions, the docket sheet indicating the date of such

decisions, and copies of the briefs filed in state court, specifically, copies of the briefs filed

in the petitioner's pending Rule 32 petition.

3 Copies

Done this _12th_ day of September, 1997.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

2