ANNEXED to the form.

Exhibit No F

6A   Monday, Jan. 31, 2000

# Montgomery Advertiser

**Thomas A. Bookstaver**
President and publisher

**Paula S. Moore**  **Andrew Oppmann**
Executive editor   Managing editor

**Kenneth M. Hare**
Editorial page editor

A GANNETT NEWSPAPER
Incorporating the Alabama Journal, 1993

### NOT IN STATE CONSTITUTION

# Equal protection constitution flaw

If anything should be in a constitution, the organic body of law for a state, surely it should be an equal protection clause, language that plainly declares that all laws apply equally to all citizens. A simple, yet often eloquent, statement to this effect is a staple of constitutions. Most notably the U.S. Constitution.

Yet Alabama's constitution lacks an equal protection clause. That's another in a long list of its shortcomings — and it was no accident.

Equal protection under the law was the last thing on the minds of the men who drafted the 1901 constitution under which Alabama still operates. The primary intent was to ensure that political power was held by wealthy white males, to the exclusion of all black Alabamians and many white citizens as well.

Rather than equal protection, this constitution offered highly selective protection. It did its shameful job well for decades, but the walls of inequality it erected and upheld finally began to crumble as the rights and freedoms guaranteed to all Americans under the U.S. Constitution at last began to be applied that way.


▼ **Crucial**
Alabama's constitution does not have an equal protection clause.
▲

Even with the solid shield of the U.S. Constitution in place, Alabama still would make a powerful statement of commitment to equality under the law by adding a similar provision to its constitution. To his credit, Attorney General Bill Pryor plans to push an amendment adding equal protection language to the state constitution.

That measure ought to win unanimous approval in the Legislature and again when it is presented to the voters for ratification. Alabamians disagree about a lot of things, but how can any of us — as Americans as well as Alabamians — not support equality under the law?

That is as fundamental a principle as can be imagined. It just doesn't get any more basic.

Adding an equal protection clause won't cure all the ills of the 1901 constitution, but it would be an enormously positive step for the state.

### DON'T BACK DOWN