Appendix to Petition                                EXHIBIT NO. G
                                                    1 thru 19

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| v. | * CIVIL ACTION NO. CC 96-102 |
| JOE HENRY BANDY, JR., | * |
| Defendant. | * |

### ORDER

This matter is before the Court on a petition filed by the Petitioner which the Court will consider a Petition for Rule 32 relief. The District Attorney has filed a MOTION FOR SUMMARY DISMISSAL.

The Court has carefully examined the contents of this petition. The Court determines that said petition fails to state a claim and that no material issue of fact or law exists which would entitle the Petitioner to relief. The Court further finds that no purpose would be served by further proceedings and the Motion for Summary Dismissal is hereby GRANTED.

Done and Ordered this the 3rd day of June, 1997.

_____
Robert M. Harper
Circuit Judge

Copy to:
   Ronald L. Myers
   Joe Henry Bandy, Jr.

FILED
JUN 04 1997
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

11.

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. CC 96-102 |
| | * | |
| JOE HENRY BANDY, JR., | * | |
| | * | |
| Defendant. | * | |

### ORDER

The MOTION FOR REINSTATEMENT OF CITIZENSHIP AND NOTICE OF SLAVERY UNDER COLOR OF LAW filed by the Petitioner is DENIED.

Done and Ordered this 15th day of August, 1997.

_____
Robert M. Harper
Circuit Judge

Copy to:
  Ronald L. Myers
  Joe Henry Bandy, Jr.

FILED
AUG 15 1997
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | | |
|---|---|---|
| JOE H. BANDY, JR., #18663, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. CV 98-113 |
| WESLEY SCHUESSLER, II, et al., | * | |
| Defendants, | * | |

### ORDER

This action has been filed along with an INFORMA PAUPERIS DECLARATION by the Plaintiff. Said Petition is GRANTED. However, any sums of money to which the Petitioner is entitled and is paid to him by the Department of Corrections is to be immediately forwarded to the Circuit Court of Lee County, Alabama, to defray filing expenses in this case.

Done and Ordered this 9th day of March, 1998.

_____
Robert M. Harper
Circuit Judge

Copy to:
 Joe H. Bandy, Jr.
 Wesley Schuessler, II



FILED
MAR 0 9 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| JOE H. BANDY, JR., #18663, | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO. CV 98-113 |
| WESLEY SCHUESSLER, II, et al., | * |
| Defendants, | * |

### ORDER

The MOTION FOR AN EXTENSION OF TIME AND THE APPOINTMENT OF COUNSEL is DENIED.

Done and Ordered this 30th day of March, 1998.

_____
Robert M. Harper
Circuit Judge

Copy to:
    Joe H. Bandy, Jr.
    Wesley Schuessler, II

FILED
MAR 3 0 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| JOE H. BANDY, JR., #18663, | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO. CV 98-113 |
| WESLEY SCHUESSLER, II, et al., | * |
| Defendants, | * |

### ORDER

The MOTION FOR DISCOVERY AND INSPECTION is DENIED.

Done and Ordered this 14th day of April, 1998.

_____
Robert M. Harper
Circuit Judge

Copy to:
    Joe H. Bandy, Jr.
    Wesley Schuessler, II

FILED
APR 1 4 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

Received + signed for
May 1, 1998

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| JOE H. BANDY, JR., #18663, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CIVIL ACTION NO. CV 98-113 |
| | * |
| WESLEY SCHUESSLER, II, et al., | * |
| | * |
| Defendants, | * |

## ORDER

The MOTION TO DISMISS filed by the Defendant is DENIED.

Done and Ordered this 30th day of April, 1998.



Robert M. Harper
Circuit Judge

Copy to:
    Joe H. Bandy, Jr.
    Wesley Schuessler, II

FILED
MAY 01 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| JOE H. BANDY, JR., #18663, | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION NO. CV 98-113 |
| WESLEY SCHUESSLER, II, et al., | * |
| Defendants, | * |

## ORDER

The MOTIONS TO DISMISS filed by the Defendants will be treated as Motions for Summary Judgment and said motion is GRANTED. This case is dismissed.

Done and Ordered this 8th day of May, 1998.

Robert M. Harper
Circuit Judge

Copy to:
Joe H. Bandy, Jr.
Wesley Schuessler, II
Robbie Hyde
Emily Briscoe

FILED
MAY 08 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| JOE H. BANDY, JR., #18663, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. CV 98-113 |
| WESLEY SCHUESSLER, II, et al., | * |
| Defendants, | * |

## ORDER

The MOTION REQUESTING INDULGENCE OF THE COURT, ETC., is DENIED.

Done and Ordered this 14th day of May, 1998.

_____
Robert M. Harper
Circuit Judge

Copy to:
~~Joe H. Bandy, Jr.~~
Wesley Schuessler, II
Robbie Hyde
Emily Briscoe

FILED
MAY 14 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. CC 96-102 |
| | * | |
| JOE HENRY BANDY, | * | |
| | * | |
| Defendant. | * | |

### ORDER

The MOTION TO REDRESS WRIT OF HABEAS CORPUS, ETC., filed by the Petitioner is DENIED.

Done and Ordered this 2nd day of June, 1998.

_____
Robert M. Harper
Circuit Judge

Copy to:
    Ronald L. Myers
    Joe Henry Bandy, Jr.

FILED
JUN 02 1998
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

JOE H. BANDY, JR., 

    Plaintiff,

v.                        CIVIL ACTION NO. CV 99-017

AL DEPT OF CORRECTIONS,

    Defendant,

## ORDER

This matter has been transferred to this court from the Circuit Court of Montgomery County, Alabama. It is being treated as a petition pursuant to Rule 32.

The Court rules that this is a successive petition and is frivolous upon its face. It is dismissed.

Done and Ordered this 19th day of January, 1999.

_____
Robert M. Harper
Circuit Judge

Copy to:
    Joe H. Bandy
    Albert S. Butler

FILED
JAN 19 1999
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

*The Court of Appeals ruled that Montgomery Circuit did not have Jurisdiction to hear the case*

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| v. | * CASE NO. CC 96-102 |
| JOE HENRY BANDY, JR., | * |
| Defendant. | * |

## ORDER

The SUBPOENA DUCES TUCUM FOR PRODUCTION OF DOCUMENTS AND THINGS filed by Petitioner, pro se, is DENIED.

Done and Ordered this 15th day of December, 1999.

_____
Robert M. Harper
Circuit Judge

copy to:
Nick Abbett
Joe Henry Bandy, Jr.

FILED
DEC 17 1999
IN OFFICE
CORINNE T HURST
CIRCUIT CLERK

## IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,      *

           v.      *     CASE NO. CC 96-102

JOE HENRY BANDY, JR.,      *

        Defendant.      *

## ORDER

The RELIEF FROM JUDGMENT filed by the Petitioner is DENIED.

Done and Ordered this 24th day of July, 2000.

_____
Robert M. Harper
Circuit Judge

copy to:
    Nick Abbett
    Joe Henry Bandy, Jr.

FILED
JUL 25 2000
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | * |
| | * |
| v. | * CASE NO. CC 96-102 |
| | * |
| JOE HENRY BANDY, JR., | * |
| | * |
| Defendant. | * |

### ORDER

Pending motions in this case are DENIED.

Done and Ordered this 14th day of November, 2000.

_____
Robert M. Harper
Circuit Judge

copy to:
   Nick Abbett
   Joe Henry Bandy, Jr.



FILED
NOV 14 2000
IN OFFICE
CORINNE T HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| | * |
| v. | *   CASE NO. CC 96-102 |
| | * |
| JOE HENRY BANDY, JR., | * |
| | * |
| Defendant. | * |

## ORDER

This matter is before the Court on PETITION FOR RELIEF FROM CONVICTION OR SENTENCE PURSUANT TO RULE 32 filed by the Petitioner, pro se. The District Attorney has filed his repsonse.

This is a successive petition filed by the Petitioiner and it is hereby dismissed.

Done and Ordered this 27th day of March, 2001.

_____
Robert M. Harper
Circuit Judge

copy to:
    Nick Abbett
    Joe Henry Bandy, Jr.

FILED
MAR 28 2001
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| | * |
| v. | * CASE NO. CC 96-102 |
| | * |
| JOE HENRY BANDY, | * |
| Defendant, | * |

## ORDER

The Petitioner in this case once again filed a REQUEST FOR RELIEF FROM JUDGMENT pro se. There is no merit to this Petition. Said Petition is DENIED. Costs are taxed against the Petitioner for which let execution issue.

Done and Ordered this 25th day of May, 2001.

Robert M. Harper
Circuit Judge

Copy to:
  Nick Abbett
  Joe Henry Bandy

FILED
MAY 29 2001
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| v. | * CASE NO. CC 96-102, 63 |
| JOE HENRY BANDY, JR., | * |
| Defendant, | * |

## ORDER

This is another Rule 32 Petition filed by the Petitoner, pro se. It is a successive petition and is DENIED.

Done and Ordered this 10th day of July, 2001.



Robert M. Harper
Circuit Judge

Copy to:
Nick Abbett
Joe Henry Bandy, Jr.

FILED
JUL 10 2001
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,       *
                               *
v.                               *    CASE NO. CC 96-102
                               *
JOE HENRY BANDY,       *
                               *
     Defendant,           *

<u>ORDER</u>

Petition of the Petitioner is DENIED.

Done and ordered this 29th day of October, 2001.

_____
Robert M. Harper
Circuit Judge

Copy to:
     Nick Abbett
     Joe Henry Bandy



FILED
OCT 30 2001
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | * |
| | * |
| v. | *   CASE NO. CC 96-102 |
| | * |
| JOE HENRY BANDY, JR., | * |
| | * |
| Defendant, | * |

### ORDER

All pending motions are DENIED.

Done and ordered this 8th day of July, 2002.



Robert M. Harper
Circuit Judge

Copy to:
 Nick Abbett
 Joe Henry Bandy, Jr.

FILED
JUL 8 2002
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

(3 Copies)

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

STATE OF ALABAMA,       *
                        *
v.                      *   CASE NO. CC 96-102
                        *
JOE HENRY BANDY, JR.,   *
                        *
    Defendant,          *

## ORDER

This matter is before the Court on a Rule 32 Petition filed by the Petitioner, pro se. This is a successive petition and is hereby DENIED.

Done and ordered this 11th day of September, 2002.

_____
Robert M. Harper
Circuit Judge

Copy to:
    Nick Abbett
    Joe Henry Bandy, Jr.

FILED
SEP 13 2002
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK