```
FORM C-80                    STATE OF ALABAMA                  DATE: 12/11/2003
                         DEPARTMENT OF CORRECTIONS
20031211-009              RECEIPT OF RELEASED CONVICT                   C&R201
```

INSTITUTION: EASTERLING CORRECTIONAL CENTER          DATE RELEASED: DEC 18, 2003

NAME: BANDY, JOE HENRY JR                            SERIAL NUMBER: 00136633

COUNTY COMMITTED FROM: LEE                           DATE COMMITTED: MAR 26, 1996

HOW RELEASED: PAROLE - PGBH

REMARKS:    **I HAVE REMOVED ALL PERSONAL PROPERTY FROM EASTERLING CORRECTIONAL FACILITY.**
            SIGNED: _____
RESTITUTION OWED/COURT COSTS:    $1,405.00  CONTACT CIRCUIT COURT CLERK

RECEIVED FROM WARDEN:   **GWENDOLYN C. MOSLEY**         DOLLARS: $16.00

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:   07 YR.   09 MO.    $   16.00

                                                     ADDRESS:  1307 A GLENN CIRCLE
BUS FARE TO:                          $                        Opelika, AL. 36801

1 DAY TRAVEL - - - - - - - - - - - -  $                        2005 SEP 21 A 10:27
                                                               RECEIVED
1 OUTFIT CLOTHING - - - - - - - - -   $

       TOTAL - - - - - - - - - - - - $   16.00

              SIGNED  _____

              WITNESS _____

              WITNESS _____

DETAINER/WARRANT
RECEIPT SIGNATURE _____

* NOTE: ALL SIGNATURES MUST BE MADE IN INK. *

END OF PAGE 01 OF 01 PAGES