EXHIBIT
(4)

6/6/05

I Glinda Stephens am renting my house for $350.00 per month to Mr. Joe Bandy two months free until repairs is completed and move in immediately at 714 Donald Ave Opelika, AL. 36801

Glinda Stephens

Home 334-821-2891

Cell 334 524-9737

S.S.
6-7-05
9:55 am