

# NOTICE OF ACTION

LEE COUNTY DHR
P.O. BOX 2425
OPELIKA AL 36803-2425

| DATE | FOOD STAMP CASE NO. | PA CASE NO. | WORKER NO. | GEO/ADMN |
|---|---|---|---|---|
| 09/08/2005 | 410041036 | 000000 | 211 | 41/02 |

JOE H BANDY, JR
714 DONALD AVE
OPELIKA AL 36801

YOUR CASE HAS BEEN APPROVED FOR FOOD STAMPS. YOU WILL RECEIVE $213 IN FOOD STAMPS THE FIRST TIME. AFTER THE FIRST TIME, YOU WILL RECEIVE $149. YOU ARE CERTIFIED FROM 08/05 TO 07/06.

THE FOLLOWING MONTHLY FIGURES DETERMINED YOUR ALLOTMENT AMOUNT:

| | | | | | |
|---|---|---|---|---|---|
| HOUSEHOLD NO.: | 1 | EARNINGS : | $0 | RENT/MORT : | $350 |
| RESOURCES : | $0 | UNEARNED MONEY: | $406 | INS/TAXES : | $0 |
| MEDICAL : | $0 | DEP CARE COST : | $0 | UTILITIES : | $232 |
| CHLD SUP PAID: | $0 | | | | |

**INFORMATION CONCERNING YOUR RIGHTS REGARDING THIS ACTION:**

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE OFFICE SHOWN OR HAVE YOUR AUTHORIZED REPRESENTATIVE DO SO. YOU HAVE THE RIGHT TO DISCUSS YOUR CASE WITH A COUNTY REPRESENTATIVE, IF YOU ARE NOT SATISFIED WITH THE ACTION TAKEN OR YOU NEED FURTHER EXPLANATION. A COPY OF THE FOOD STAMP HANDBOOK MATERIAL USED AS A BASIS OF THE ACTION SHOWN IS AVAILABLE TO YOU. A CONFERENCE WITH COUNTY STAFF CAN BE SCHEDULED IMMEDIATELY AND DOES NOT AFFECT YOUR RIGHT TO A FAIR HEARING.

/____/ I WANT A CONFERENCE ON MY FOOD STAMPS. MAIL TO OR CALL THE OFFICE LISTED ON THIS NOTICE AT ONCE.

IF YOU ARE NOT SATISFIED WITH THE RESULTS OF THE CONFERENCE YOU MAY REQUEST REVIEW BY THE STATE DEPARTMENT WITHIN 90 DAYS FROM THE DATE ACTION WAS TAKEN ON YOUR CASE. ORAL OR WRITTEN REQUESTS FOR HEARINGS ARE ACCEPTED BY THE LOCAL FOOD STAMP OFFICE OR THE STATE DEPARTMENT. IF YOU CAN NOT MAKE THE REQUEST YOURSELF, YOUR LAWYER OR LEGAL REPRESENTATIVE OR OTHER AUTHORIZED PERSON, MAY DO IT FOR YOU. A STATEMENT OF HEARING PROCEDURES WILL BE MAILED TO YOU UPON RECEIPT OF YOUR REQUEST. YOU MAY PRESENT INFORMATION YOURSELF OR BE REPRESENTED BY AN ATTORNEY OR SPOKESPERSON OF YOUR CHOICE.

/____/ I WANT A FAIR HEARING ON MY FOOD STAMP CASE. YOU MAY REQUEST THAT YOUR FOOD ALLOTMENT NOT BE CHANGED UNTIL THE HEARING IS HELD. HOWEVER, IF THE ACTION BEING TAKEN IS FOUND TO BE CORRECT, YOU WILL HAVE TO REFUND BENEFITS YOU RECEIVED BECAUSE OF THE REQUEST. REPAYMENT MAY BE MADE BY WITHHOLDING CURRENT OR FUTURE BENEFITS.

/____/ I WANT TO CONTINUE RECEIVING THE AMOUNT OF FOOD STAMPS I NOW RECEIVE UNTIL THE HEARING.

/____/ I DO NOT WANT TO CONTINUE RECEIVING THE AMOUNT OF FOOD STAMPS I NOW RECEIVE UNTIL THE HEARING.

THE ACTION CHECKED ON THIS NOTICE WILL BE TAKEN UNLESS YOU REQUEST A HEARING WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE. IF YOU WANT TO WITHDRAW YOUR REQUEST BEFORE THE HEARING, WRITE THE STATE OR COUNTY DEPARTMENT TO DO SO. PLEASE GIVE YOUR REASON FOR WITHDRAWING.

STANDARDS FOR PARTICIPATION ARE THE SAME FOR ALL WITHOUT REGARD TO RACE, COLOR, RELIGIOUS CREED, NATIONAL ORIGIN, POLITICAL BELIEFS, SEX, AGE OR HANDICAP.

FREE LEGAL ADVICE MAY BE AVAILABLE. CALL THE OFFICE PHONE NUMBER SHOWN IF NEEDED.

**ADDRESS OF THE STATE DEPARTMENT**

STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES
FAMILY ASSISTANCE DIVISION
50 RIPLEY STREET
MONTGOMERY, AL 36130-1801

**ADDRESS OF THE LOCAL FOOD STAMPS OFFICE**

LEE COUNTY DHR
2015 GATEWAY DR
OPELIKA 36801-6836

PHONE: 334-737-1100

DHR-FSD-1242L(1/93)