In The United States District Court For
The Middle District of Alabama
Eastern Division

Joe Henry Bandy, Jr.
    Petitioner

Vs.

Bob Riley, Governor,
State of Alabama, et.al.
    Respondent.

Case No. CC-96-102

Civil Action No.

State of Alabama )
County of Lee )
City of Opelika )

## Affidavit In Support of Habeas Corpus Petition

My name is Joe Henry Bandy, Jr. and I make this affidavit on personal knowledge. I am the petitioner in the above action.

The State and other's has discriminatorily and without justification refused to even consider my application for "Pre-trial" Writ of habeas corpus, filed and fixed of record, "dated" December 20, 1995, "before the trial, had February 15, 1996". See exhibits "A" and "1".

The Suspension Clause (Article 1, Section 9, United State Constitution, and Article 1, Section 17, Alabama Constitution) "does not require a preliminary hearing before a person charged with a crime against the United States is brought into court 'having Jurisdiction' of the charge, but " "this clause is satisfied by right of a person to 'deny Jurisdiction of the court as he may deny his guilt." I am denied my right to deny 'Jurisdiction of the Court,' and my right to demand an investigation into this unconstitutional wrong, as do indeed, show unequal Justice, in violation of the 14th Amendment.

Moreover, the State concealed the habeas corpus petition until far after the appeal, on or about August 1997. However, the State and other's has after acquired knowledge presented in the herein above cited exhibits, that do show that constitutional violations are being committed by the state, and other's.

Petitioner further saith not.
dated:
August 24, 2004

/s/ Joe H. Bandy Jr.
Joe H. Bandy, Jr.
714 Donald Ave.
Opelika, Ala. 36801

State of Alabama }
County of Lee }
City of Opelika }

    Before me, the undersigned Notary Public, personally appeared Joe H. Bandy, Jr., who are known to me and who being by me first duly sworn, depose and say upon oath that he have read said writ of habeas corpus, and the matters set forth in said habeas corpus petition are true and correct!

/s/ Joe H. Bandy
Joe H. Bandy, Jr.

Sworn to and subscribed before me on this the 15th day of September, 2005

/s/
Notary Public

11-20-07