IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE H. BANDY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-898-F |
| BOB RILEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the pleadings filed herein, and for good cause, it is

ORDERED that the petitioner be and is hereby GRANTED leave to proceed *in forma pauperis* in this cause of action.

DONE, this 20th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE