IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE H. BANDY, JR., ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CIVIL ACTION NO. 3:05cv898-F |
| ) | (WO) |
| BOB RILEY, et al., ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 4, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Joe H. Bandy on September 21, 2005 is DENIED.

2. This cause of action is DISMISSED in accordance with provisions of 28 U.S.C. § 2244(b)(3)(A) as the petition has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application.[1]

DONE this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes that any § 2254 petition filed by Bandy is likewise subject to the one-year period of limitation contained in 28 U.S.C. § 2244(d)(1). Moreover, the court finds that there are no circumstances present in this case which "would entitle [Bandy] in the interest of justice to transfer [pursuant to 28 U.S.C. § 1631] or stay ... because the limitations period had already expired before he filed" the instant habeas action. *Guenther v Holt*, 173 F.3d 1328, 1330-1331 (11th Cir. 1999).