IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE H. BANDY, JR.,     ) | |
|     ) | |
|   Petitioner,     ) | |
|     ) | |
| v.     ) | CIVIL ACTION NO. 3:05cv898-F |
|     ) | (WO) |
| BOB RILEY, et al.,     ) | |
|     ) | |
|   Respondents.     ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied, and that this action is DISMISSED.

Done this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE